# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SHAUN A. TILLOTSON,**
Appellant,

v.

**BROWARD COUNTY PROPERTY APPRAISERS OFFICE, MARTIN D. KIAR,** and **WILLIAM R. BARRINGER,**
Appellees.

No. 4D2022-2834

[June 13, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 21-13307 CACE (03).

Marti Goldstein of Marti Goldstein, P.A., Coral Gables, for appellant.

Andrew B. Zelmanowitz, Leonard K. Samuels, and Maxwell H. Sawyer of Berger Singerman LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***